FILED  
2018 Feb-15 PM 12:11  
U.S. DISTRICT COURT  
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM N. FULFORD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-00703-VEH-SGC |
| JEB FANNIN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 22, 2018, recommending this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), due to the plaintiff's failure to state a claim upon which relief can be granted. (Doc. 10). The report notified the plaintiff of his right to file objections within fourteen (14) days. (*Id.*). To date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this the 15th day of February, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge